UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD FRANCO on behalf of himself and
those similarly situated,

           Plaintiff,

-vs-                                            Case No. 2:09-cv-274-FtM-29SPC

BANK OF AMERICA CORP. a Florida profit
corporation,

           Defendant.
_____

**ORDER**

This matter comes before the Court on the Plaintiff, Edward Franco's Second Motion for Enlargement of Deadline to Amend Pleadings and/or Add Parties (Doc. #80 ) filed on January 28, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Plaintiff moves the Court for to enlarge the deadline to amend or to add parties for an additional sixty (60) days. Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with the Defendant who does not object to the enlargement of time

Accordingly, it is now

**ORDERED:**

The Plaintiff, Edward Franco's Second Motion for Enlargement of Deadline to Amend Pleadings and/or Add Parties (Doc. #80 ) is **GRANTED**. The Deadline to Amend Pleadings or Add Parties is extended up to and including **April 26, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this   24th    day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record